UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALFREDO LEWIS,

                Plaintiff,

          v.                          **DECISION AND ORDER**
                                          15-CV-168-A

LYNN WASIELEWSKI, REBECCA McDANIEL
PAUL BURKE, DENNIS BECKER and
SABATO PARISI,

                Defendants.

---

This *pro se* civil rights case was referred to Magistrate Judge Michael J. Roemer for the conduct of pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1). On July 10, 2018, the Magistrate Judge filed a Report and Recommendation (Dkt. No. 71) recommending that defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 (Dkt. No. 61) be granted.

On September 10, 2018, *pro se* plaintiff Alfredo Lewis filed objections to the Report and Recommendation. (Dkt. No. 75). Defendants filed a response on September 10, 2018. (Dkt. No. 76). Oral argument is unnecessary.

Pursuant to 28 U.S.C. §636(b)(1), this Court must make a *de novo* determination of those portions of the Report and Recommendation to which *pro se* plaintiff Lewis has objected. Upon *de novo* review after reviewing the submissions of the parties, the Court adopts the Magistrate Judge's findings and conclusions. It is therefore

**ORDERED**, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons stated in the Report and Recommendation (Dkt. No. 71), that the defendants' Rule 56 motion for summary judgment (Dkt. No. 61) is granted. The Clerk of the Court shall enter judgment on behalf of defendants Lynn Wasielewski, Rebecca McDaniel, Paul Burke, Dennis Becker, and Sabato Parisi and shall close the case.

**IT IS SO ORDERED.**

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: October 1, 2018